IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ELYRIC NATHANIEL SINGLETON, III, #16653-003, | ) ) ) | |
|---|---|---|
| Petitioner, | ) ) | |
| vs. | ) ) | CRIMINAL NO. 16-00264-CG-B CIVIL ACTION NO. 18-276-CG-B |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 23, 2019 (Doc. 124) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Elyric Nathaniel Singleton, III's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 110) is **DENIED**, and that Singleton is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal

**DONE and ORDERED** this 29th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE