# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELYRIC NATHANIEL SINGLETON, III, #16653-003, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CRIMINAL NO. 16-00264-CG-B<br>CIVIL ACTION NO. 18-276-CG-B |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date denying Petitioner Elyric Nathaniel Singleton, III's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 110), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Singleton, and that Singleton is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal

**DONE and ORDERED** this 29th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE